1090

[No. 16608–5–I.   Division One.   August 10, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. CAROLYN
A. BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 84–1–00873–8, Dennis J. Britt, J.,
entered June 7, 1985. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Swanson and Williams, JJ.

[No. 16260–8–I.   Division One.   August 10, 1987.]

A.A.A.A., INCORPORATED, *Respondent,* v. DEMETRIOUS
VOLTSIS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 84–2–05851–3, George T. Mattson, J., entered
February 12, 1985. *Affirmed* by unpublished opinion per
Johnsen, J. Pro Tem., concurred in by Dore and Durham,
JJ. Pro Tem.

[No. 16213–6–I.   Division One.   August 10, 1987.]

WESTLING FISHERIES, INC., *Appellant,* v. GENERAL DIS-
COUNT CORPORATION, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 82–2–12157–6, James A. Noe, J., entered
March 7, 1985. *Affirmed* by unpublished opinion per Wal-
terskirchen, J. Pro Tem., concurred in by Darrah and Dore,
JJ. Pro Tem.

[Nos. 16792–8–I; 16813–4–I.   Division One.   August 10, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. CAROLYN
A. BROWN, *Defendant,* JOHNNY JOHNSON,
*Appellant.*

Appeals from a judgment of the Superior Court for Sno-
homish County, No. 84–1–00873–8, Dennis J. Britt, J.
entered July 3, 1985. *Affirmed* by unpublished opinion per